**FILED** **E-FILED**
Tuesday, 29 August, 2006 09:23:53 AM
AUG 2 8 2006 Clerk, U.S. District Court, ILCD

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

AO 241
(Rev. 12/04)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

06-1223

| United States District Court | District: | |
|---|---|---|
| Name (under which you were convicted): <br> **LISA A. PUCKETT** | | Docket or Case No.: <br> **05-JA-9** |
| Place of Confinement : <br> **HANCOCK COUNTY, ILLINOIS** | Prisoner No.: | |

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| **LISA A. PUCKETT**    v. | **ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES** |

The Attorney General of the State of **ILLINOIS**

### PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    ASSOCIATE JUDGE PATRICIA WALTON, CARTHAGE, ILLINOIS

    (b) Criminal docket or case number (if you know):    **05JA9**

2.  (a) Date of the judgment of conviction (if you know):    **9/25/2005**

    (b) Date of sentencing:    **9/25/2005**

3.  Length of sentence:    **UNTIL AGED OUT OF THE SYSTEM AT 21 YEARS OLD**

4.  In this case, were you convicted on more than one count or of more than one crime?    ☐ Yes    ☑ No

5.  Identify all crimes of which you were convicted and sentenced in this case:
    SOUGHT AUTHORITIVE INTERVENTION, ASKED TO BE RELEASED TO PARENTS UNDER STATE LAW AND REQUEST WAS DENIED AND I AM BEING HELD AGAINST MY WILL.

6.  (a) What was your plea? (Check one)

    ☐ (1)    Not guilty    ☐ (3)    Nolo contendere (no contest)

    ☐ (2)    Guilty    ☐ (4)    Insanity plea

AO 241
(Rev. 12/04)

Page 3

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☑ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8.    Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:    3RD DISTRICT APPEALLATE COURT

(b) Docket or case number (if you know):    3-06-0341

(c) Result:    PENDING

(d) Date of result (if you know):

(e) Citation to the case (if you know):    PENDING

(f) Grounds raised:
BEING HELD AGAINST MY WILL BY THE STATE AND AGAINST STATE LAW

(g) Did you seek further review by a higher state court?    ☐ Yes    ☑ No

If yes, answer the following:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Result:

(4) Date of result (if you know):

AO 241
(Rev. 12/04)

Page 4

    (5) Citation to the case (if you know):

    (6) Grounds raised:

    (h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes   ☑ No

    If yes, answer the following:

    (1) Docket or case number (if you know):

    (2) Result:

    (3) Date of result (if you know):

    (4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

    concerning this judgment of conviction in any state court?    ☐ Yes   ☑ No

11.    If your answer to Question 10 was "Yes," give the following information:

    (a)    (1) Name of court:

           (2) Docket or case number (if you know):

           (3) Date of filing (if you know):

           (4) Nature of the proceeding:

           (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes   ☑ No

    (7) Result:

    (8) Date of result (if you know):

AO 241
(Rev. 12/04)

Page 5

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☑ No

    (7) Result:

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

AO 241
(Rev. 12/04)

Page 6

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:    ☐ Yes    ☑ No

(2) Second petition:    ☐ Yes    ☑ No

(3) Third petition:    ☐ Yes    ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

I AM ONLY 16 AND MY ATTORNEY WILL NOT DO ANYTHING OR INFORM ME ON WHAT I CAN
DO.

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court
remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the
grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**
CONVICTION OBTAINED BY USE OF COERCED CONFESSION, PLEA OF GUILTY WHICH WAS
UNLAWFULLY INDUCED OR NOT MADE VOLUNTARILY WITH UNDERSTANDING OF THE NATURE OF
THE CHARGE AND THE CONSEQUENCES OF THE PLEA OR ANY OTHER VIOLATION OF MY RIGHTS.
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

MY SCHOOL COUNSELOR CALLED THE SHERIFF AND WAS TOLD I HAD TO GO WITH THEM. WHILE IN
CUSTODY OF THE SHERIFF I WAS TOLD WHAT TO PUT ON MY STATEMENT, EVEN HOW TO WORD IT,
AND TOLD I HAD TO SIGN IT. MY PARENT WERE NOT PRESENT AND I DID NOT HAVE AN ATTORNEY.

(b) If you did not exhaust your state remedies on Ground One, explain why:

I AM ONLY 16 AND MY ATTORNEY WILL NOT DO ANYTHING OR INFORM ME ON WHAT I CAN DO.

1:06-cv-01223-MMM    # 1    Page 6 of 15

AO 241
(Rev. 12/04)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes      ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes      ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?      ☐ Yes      ☑ No

(4) Did you appeal from the denial of your motion or petition?      ☐ Yes      ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes      ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I AM ONLY 16 AND MY ATTORNEY WILL NOT DO ANYTHING OR INFORM ME ON WHAT I CAN DO.

AO 241
(Rev. 12/04)

Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:

**GROUND TWO:**
DENIAL OF EFFECTIVE ASSISTANCE OF COUNSEL OR ANY OTHER VIOLATION OF MY RIGHTS.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
I REPEATEDLY REQUEST TO BE ALLOWED TO GO HOME AND I HAVE BEEN DENIED EACH TIME. MY
ATTORNEY DOES NOT CALL OR WRITE OR CONTACT ME IN ANY WAY. HE HAS NEVER GIVEN ME A
COPY OF ANY ORDERS OR MOTION HE OR THE COURT HAS FILED.

(b) If you did not exhaust your state remedies on Ground Two, explain why:
I AM ONLY 16 AND MY ATTORNEY WILL NOT DO ANYTHING OR INFORM ME ON WHAT I CAN DO.

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

| | | | |
|---|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ Yes | ☑ | No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ Yes | ☑ | No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ Yes | ☑ | No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

I AM ONLY 16 AND MY ATTORNEY WILL NOT DO ANYTHING OR INFORM ME ON WHAT I CAN DO.

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :

have used to exhaust your state remedies on Ground Two

**GROUND THREE:**
EVERYONE WHO IS DETAINED, INCLIDING EVERY SENTENCED PRISONER, HAS THE RIGHT TO COMMUNICATE WITH, AND BE VISITED BY THAT PERSON'S, NEXT OF KIN, CHOSEN RELIGIOUS CONSELLOR OR ANY OTHER VIOLATION OF MY RIGHTS.
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

I NO LONGER HAVE TIES WITH MY FAMILY, CHURCH, SCHOOL, OR FRIENDS. I HAVE REPEATEDLY ASKED FOR THESE THINGS AND THEY ARE DENIED ME.

AO 241
(Rev. 12/04)

(b) If you did not exhaust your state remedies on Ground Three, explain why?
I AM ONLY 16 AND MY ATTORNEY WILL NOT DO ANYTHING OR INFORM ME ON WHAT I CAN DO.

(c)    **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☑ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241
(Rev. 12/04)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
I AM ONLY 16 AND MY ATTORNEY WILL NOT DO ANYTHING OR INFORM ME ON WHAT I CAN DO.

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:

**GROUND FOUR:**
EXCESSIVE BAIL SHALL NOT BE REQUIRED, NOR EXCESSIVE FINES IMPOSED, NOR CRUEL AND
UNUSUAL PUNISHMENTS INFLICTED OR ANY OTHER VIOLATION OF MY RIGHTS.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
I WAS THREATENED TO BE INSTITUTIONALIZED BECAUSE I CONTINUALLY ASKED TO GO HOME .
NORMALLY IN A CASE OF MINOR IN NEED OF AUTHORITIVE INTERVENTION, AS SOON AS THE
MINOR , ME, ASKS TO GO HOME THAT ENDS THE CASE. I AND MY FAMILY HAVE ENDURED
PSYCHOLOGICAL EXAMS, ALCOHOL AND VIOLENCE ASSESSMENTS, WITH THE PROMISE THAT IF WE
DO THESE THINGS  I WILL BE ALLOWED TO COME HOME. ACCORDING TO DR. WITHERSPOON,
PHD.HE DID THE EVALUATIONS AND ASSESSMENTS, WE ALL CHECK OUT OKAY AND  HIS
RECOMMENDATIONS ARE FAMILY THERAPY AND I AM TO RETURN HOME. I AM STILL HELD AGAINST
MY WILL AND STILL DENIED MY RIGHT TO BE WITH MY FAMILY.

(b) If you did not exhaust your state remedies on Ground Four, explain why:
I AM ONLY 16 AND MY ATTORNEY WILL NOT DO ANYTHING OR INFORM ME ON WHAT I CAN DO.

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☐  Yes        ☑  No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐   Yes      ☑  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

AO 241
(Rev. 12/04)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

| | | | |
|---|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ Yes | ☑ No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ Yes | ☑ No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ Yes | ☑ No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
I AM ONLY 16 AND MY ATTORNEY WILL NOT DO ANYTHING OR INFORM ME ON WHAT I CAN DO.

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241<br>(Rev. 12/04)

Page 13

13.   Please answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?   ☐ Yes   ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:
I AM ONLY 16 AND MY ATTORNEY WILL NOT DO ANYTHING OR INFORM ME ON
WHAT I CAN DO.

(b)   Is there any ground in this petition that has not been presented in some state or federal court? If so,

ground or grounds have not been presented, and state your reasons for not presenting them:
I AM ONLY 16 AND MY ATTORNEY WILL NOT DO ANYTHING OR INFORM ME ON
WHAT I CAN DO.

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?   ☐ Yes   ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy

of any court opinion or order, if available.

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?   ☑ Yes   ☐ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the

raised.

THIRD DISTRICT APPELLATE COURT IN OTTAWA ILL. DOCKET #03-06-0341. APPEALS MY
PARENTS FILED BECAUSE THEY WILL NOT SEND ME HOME EVEN THOUGH I CONTINUALLY
ASK TO GO HOME AND THEY ARE HOLDING ME AGAINST MY WILL AND AGAINST THE LAW.

✎AO 241
(Rev. 12/04)                                                          Page 14

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

       judgment you are challenging:

       (a) At preliminary hearing:
           KAMERON MILLER

       (b) At arraignment and plea:
           KAMERON MILLER

       (c) At trial:
           KAMERON MILLER

       (d) At sentencing:
           KAMERON MILLER

       (e) On appeal:
           TOM AND LAURA PUCKETT, PRO SE

       (f) In any post-conviction proceeding:

       (g) On appeal from any ruling against you in a post-conviction proceeding:


17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

       challenging?          ☐ Yes    ☑ No

       (a) If so, give name and location of court that imposed the other sentence you will serve in the future:


       (b) Give the date the other sentence was imposed:

       (c) Give the length of the other sentence:

       (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

       future?               ☐ Yes    ☑ No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

       the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

AO 241
(Rev. 12/04)

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in

part that:

   (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in
          custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

          (A)    the date on which the judgment became final by the conclusion of direct review or the expiration
                 of the time for seeking such review;

          (B)    the date on which the impediment to filing an application created by State action in violation of
                 the Constitution or laws of the United States is removed, if the applicant was prevented from
                 filing by such state action;

          (C)    the date on which the constitutional right asserted was initially recognized by the Supreme
                 Court, if the right has been newly recognized by the Supreme Court and made retroactively
                 applicable to cases on collateral review; or

          (D)    the date on which the factual predicate of the claim or claims presented could have been
                 discovered through the exercise of due diligence.

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: ______________________________

____________________________________________________________

____________________________________________________________

or any other relief to which petitioner may be entitled.

______________________________
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on ______________ (month, date, year).

Executed (signed) on 9-22-06 (date).

Tina Puckett
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

IN FORMA PAUPERIS DECLARATION

______________________________

[insert appropriate court]

* * * * *