E-FILED
Tuesday, 29 August, 2006 09:25:51 AM
Clerk, U.S. District Court, ILCD

1        **IN THE US DISTRICT COURT OF CENTRAL ILLINOIS**

*FILED*

2        Certificate of Service

AUG 2 8 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Lisa Puckett | ) Case No. 06-1223 |
| | ) |
| | ) |
| | ) State of Illinois |
| Vs | ) Case No.: 05-JA-9 |
| | ) IN THE INTERESTS OF L.P & I.P |
| | ) |
| | ) Certificate of Service |
| Illinois Department of Children | ) |
| | ) |
| and Family Services | ) |
| | ) |
| | ) |
| | ) |

**NOTICE OF FILING**

To:

The Honorable Clerk of the Circuit Court, Courthouse Square, Box 189 Carthage, Illinois 62321-0189 Phone: 217-357-2616

The Honorable Attorney General of Illinois, Chicago Main Office, 100 West Randolph Street Chicago, IL 60601 (312) 814-3000.

On Aug 25th, 2006 I will have caused the following attached Petition to be filed and noticed for Review with the Court. You are hereby served a copy of the same.

**Proof of Service**
    The undersigned certifies, under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, that he/she served this notice by personal service or regular U.S mail to the addressee (s) at the address(es) indicated above before approximately 5:00pm on _AUG_____/__30TH_____, 2006 with proper filing fees prepaid; and that the statements set forth in this proof of service are true and correct.

Dated this _28____ day of_AUG____, 2006

        S/ 1p
        850 5th Street
        Pontoosuc, Illinois 62330
        Lisa Puckett
        217-852-3436