E-FILED
Thursday, 31 August, 2006 02:58:17 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Lisa A. Puckett**

vs.

Case Number:  **06-1223**

**Illinois Department of Children and Family Services,
The Attorney General of the State of Illinois**

**DECISION BY THE COURT**. This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is dismissed.

ENTER this 31st day of August, 2006

JOHN M. WATERS, CLERK

s/ T. Kelch
BY: DEPUTY CLERK